### STATE v. JOHN BENNETT.

Court of Quarter Sessions.  Kent.  April 27, 1829.

*Stout's Notes.*

*Rogers* [for State].  *Bates* [for defendant].

1.  Percy Griffith, sworn.  I have been at John Bennett's house previous to November 1, 1827.  I have bought liquor of him by less measure than a quart.  Two or three cents worth.  He lives in Delaware State, votes at Canterbury.

Cross-examined.  I have paid for a quart, one, two or three cents worth.  He always said I got a quart.  I paid one cent or two cents worth, I never carried away a quart.  I have asked if I could have a dram, paid one or two cents, and have bought a drink.  He told me take a quart or drink it as I pleased.  Sometimes I took some away in a pocket bottle.

[2.]  Cynthia Grigg, sworn.  I have seen John Bennett's house very much disorderly.  I have seen half pints and pints set out on the table.  I have seen his wife selling by the small measure, to various persons, rum, brandy.  John Bennett was in the house.  I saw John Bennett's wife take the money of a black man.

3.  Samuel W. Price, sworn.  I have seen liquor previous to November Term, 1827, sold in John Bennett's house, not by a less measure than a quart.  I have seen people drinking in his house.

4.  Delila Griffith, sworn.  I have seen people drinking liquor in John Bennett's house previous to November Term, 1827.  He sold it by the dram, two and three cents worth.  My husband Percy Griffith bought it and paid for it.

5.  Caton Griffith, sworn.  I and my friends have bought a quart of liquor at a time, drank what we wanted, paid what money we had, and drank the rest some other time.

6.  Elizabeth Lloyd, sworn.  I have seen John Bennett's wife sell as low as a pint of liquor and sometimes get paid, and sometimes not paid for.  It was sold in the kitchen where the liquor was kept.

*Bates* opens to the Court and jury. The prosecution is unfounded and by people much worse than John Bennett, and calls his witnesses.

1. John Clark, sworn. John Bennett keeps a little whiskey and the like to sell. When a fuss is knocked up in his house, he shows them the door. Some say Percy Griffith's reputation for speaking the truth is not good.

2. Samuel B. Cooper, sworn. I live five miles from John Bennett's. I know nothing about his keeping a disorderly house. I cannot say I would not believe Percy Griffith on his oath.

3. Harrington Sylvester, sworn. I have seen John Bennett drive people out of his house when they became disorderly.

4. John Davis, sworn. I lived at Sand Town in 1827. John Bennett lived on the opposite side of the street. He kept liquor to sell. Don't know that there was more disorder there than elsewhere. Persons were frequently collected at his house drinking.

Submitted without argument or charge. Verdict, not guilty.

### STATE v. SAMUEL HANDY, free Negro.

Court of Quarter Sessions. April 28, 1829.

*Stout's Notes.*

*Rogers* [for State].

250 kegs lard [equal] $25.00

$$\begin{array}{r} 250 \text{ kegs lard [equal] } \$25.00 \\ 4 \\ \hline \$100.00 \end{array}$$

Property of John M. Clayton.

1. John M. Clayton, sworn. All the kegs [of] lard my family had was taken off in the month of March last. I got back no part of the lard.

2. Elijah McDonnel, offered. Heard Sam say he received from Pete, slave of J.M.C., a pot of lard on the green, took it to Parker's, and he got a pair of shoes. Sam is free.